FILED ENTERED
LODGED RECEIVED

APR 09 2007 LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLUE NILE, INC., a Delaware corporation,

Plaintiff,

v.

ICE.COM, INC., a Delaware corporation, and SHMUEL GNIWISCH, an individual,

Defendants.

No. C 07-0521JPD

**COMPLAINT**

**JURY DEMAND**

**07-CV-00521-CMP**

In and for its Complaint, plaintiff Blue Nile, Inc. alleges as follows:

## I. NATURE OF THE CASE

1. This action arises from Ice.com, Inc.'s repeated knowing, willful and intentional copying of Blue Nile's intellectual property. This is the *third* complaint in eighteen months that Blue Nile has had to file to stop infringements of its intellectual property on the Diamond.com website now owned and operated by Ice.com and its principal Shmuel Gniwisch.

2. The first complaint against the prior owner of the Diamond.com website involved copying the unique and distinctive diamond photographs from Blue Nile's diamond retail website to advertise and sell diamonds on the competing Diamond.com website. Ice.com was not a defendant in that case, but it was in the midst of acquiring the Diamond.com business at

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

40790-0007/LEGAL13125770.1

ORIGINAL

SEA 8520 Summ. ISSU.

the time of the lawsuit and was fully aware of the allegations, claims and settlement regarding the unlawful copying of Blue Nile's valuable intellectual property.

3. The second complaint to which Ice.com was a defendant involved its redesign of key features of the Diamond.com website to mimic highly successful and renowned features of Blue Nile's retail websites and, once again, the unauthorized and illicit copying of a unique and distinctive Blue Nile diamond photograph to advertise and sell diamonds on the competing Diamond.com website. After lengthy negotiations, Blue Nile accepted a settlement with Ice.com.

4. This week, Blue Nile discovered one of its most widely used and highly valuable diamond photographs copied and displayed on the Diamond.com website, once again in violation of federal copyright law and in violation of the terms of the settlement agreement between Blue Nile and Ice.com. Blue Nile has therefore filed this third complaint to obtain an injunction as well as damages for the illegal appropriation of its intellectual property. It is Blue Nile's hope that, while a contractual agreement not to infringe Blue Nile's intellectual property did not stop Ice.com and Mr. Gniwisch, perhaps a court-ordered and enforced injunction will.

## II. PARTIES

5. Plaintiff Blue Nile is a Delaware corporation that maintains its principal place of business at 705 Fifth Avenue South, Suite 900, Seattle, Washington 98104. Blue Nile owns and operates an online diamond and fine jewelry retail sales business through the websites www.bluenile.com, www.bluenile.ca, and www.bluenile.co.uk.

6. Defendant Ice.com is a Delaware corporation with its principal place of business in Champlain, New York. Ice.com is the current owner and operator of the Diamond.com online diamond and jewelry retail sales business at the web address www.diamond.com. The www.diamond.com website is distributed and displayed in interstate commerce and within this judicial district. Ice.com competes directly with Blue Nile in online retail sales of diamonds and diamond jewelry.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

7. Defendant Shmuel Gniwisch is a resident of Canada, and, at all times relevant was and still is the principal and Chief Executive Officer of Ice.com. Mr. Gniwisch has responsibility for the control, management, operation and maintenance of the affairs of Ice.com; he has the right and ability to supervise those responsible for the infringing conduct; and the acts complained of were done with his active assistance, cooperation, acquiescence and procurement, and he derives financial benefit from them.

## III. JURISDICTION AND VENUE

8. This Court has subject-matter jurisdiction over Blue Nile's copyright claims pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyright).

9. This Court has subject-matter jurisdiction over Blue Nile's state law claims pursuant to 28 U.S.C. § 1367(a) because those claims are so related to the federal claims as to form part of the same case or controversy.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) because a substantial part of the events giving rise to Blue Nile's claims occurred in this district and because Ice.com is subject to personal jurisdiction in this district.

## IV. FACTS AND BACKGROUND

### A. BLUE NILE

11. Founded in 1999, Blue Nile is now the leading online retailer of certified diamonds and fine jewelry. In contrast to traditional retail diamond sales practices, Blue Nile offers on its websites abundant and detailed information to educate diamond and diamond jewelry buyers and potential buyers on the qualities and characteristics of diamonds and how to select diamonds. Blue Nile's unique, high-quality diamond photographs are a key part of its business strategy to encourage and enhance online diamond sales.

12. Blue Nile's approach to diamond sales and its reputation for excellence has gained notice from publications such as *Forbes*, *Time*, and *Money*. In addition, since 2002, Blue Nile has annually been awarded the Bizrate.com "Circle of Excellence Platinum" award, which

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

recognizes the best online customer service as ranked by actual consumers. Blue Nile is the only jeweler to have ever received this award.

13. Blue Nile provides its diamond retail services solely through its Internet websites, www.bluenile.com (serving the United States), www.bluenile.ca (serving Canadian customers), and www.bluenile.co.uk (serving the United Kingdom).

14. Blue Nile's websites are available globally, and it sells diamonds and diamond jewelry via its websites in interstate commerce throughout the United States, and elsewhere.

15. Blue Nile's websites include numerous photographs of diamonds. Due to the nature of diamond cutting and the manner in which diamonds reflect light, it is extremely difficult, costly and time-consuming to photograph diamonds and each photograph of a diamond is as unique as a fingerprint.

16. The diamond photographs on the Blue Nile websites were created exclusively for Blue Nile at Blue Nile's sole expense. Blue Nile owns all rights, title and interest, including copyrights, in and to the photographs of diamonds displayed on its websites. Blue Nile has registered copyrights in the diamond photographs displayed on its websites, including the following registration:

| Reg. No. | Reg. Date | Title |
|---|---|---|
| VA 1-264-435 | May 25, 2004 | Product Line 2000, Blue Nile |

True and correct copies of this registration certificate and one of the photographs covered by the registration are attached as Exhibit A at 12-14.

## B. THIS IS THE *THIRD* COMPLAINT FOR UNLAWFUL COPYING OF BLUE NILE DIAMOND PHOTOGRAPHS ON DIAMOND.COM

17. This case is not the first instance of Diamond.com copying Blue Nile's distinctive diamond photographs.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

18. In mid-2005, Blue Nile discovered that the Diamond.com website directly copied key features and unique visual expressions of the Blue Nile websites, including Blue Nile's copyrighted diamond photographs.

19. As a consequence, on or about September 30, 2005, Blue Nile filed a complaint for copyright infringement against the then owner of the Diamond.com business, Odimo Inc., in the U.S. District Court for the Western District of Washington, styled Blue Nile Inc. v. Odimo Inc., No. 05-CV-1653 JLR. The complaint sought injunctive relief and damages for Diamond.com's illicit copying of Blue Nile's visual expression of diamond selection features on Blue Nile's diamond search webpages and of Blue Nile's unique diamond photographs. This action was eventually settled as memorialized in a written agreement effective April 25, 2006 (the "Odimo Settlement Agreement"). A copy of the Odimo Settlement Agreement is available *to be filed with the Court upon entry of an appropriate protective order or upon stipulation.*

20. During this period, Ice.com, under the management, direction and control of Mr. Gniwisch, was investigating and negotiating the purchase of the Diamond.com business, including website, from Odimo. Upon information and belief, in the course of these activities, Ice.com and Mr. Gniwisch became aware of Blue Nile's lawsuit and allegations regarding Diamond.com's infringements, including the allegation that photographs displayed on the Diamond.com website were illicit copies of and infringed Blue Nile's unique copyright-protected diamond photographs. Upon information and belief, on or about May 11, 2006 (approximately two weeks after the first lawsuit was settled), Ice.com acquired and took over operation of the Diamond.com business and website.

21. By June 2006, shortly following Ice.com's acquisition, the Diamond.com website again mimicked and copied Blue Nile's protected intellectual property, including Blue Nile diamond photographs.

22. Consequently, on or about July 25, 2006, Blue Nile filed a second complaint for infringement of its intellectual property and other rights in the U.S. District Court for the

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Western District of Washington. Both Ice.com and Odimo were defendants and the case was styled Blue Nile Inc. v. Ice.com, Inc. and Odimo Inc., No. 06-CV-1002 RSL.

23. The parties eventually reached a settlement that was memorialized in an agreement effective January 30, 2007 (the "Ice.com Settlement Agreement"). A copy of the Ice.com Settlement Agreement is available to be filed with the Court upon entry of an appropriate protective order or upon stipulation.

24. Nonetheless, on or about March 28, 2007, Blue Nile discovered one of its principal diamond photographs copied and displayed on the Diamond.com website again. *See* Exhibit B at 15-17.

25. The Blue Nile photograph copied on the Diamond.com website this time is Blue Nile's round-cut diamond photograph. This photograph is featured prominently on the Blue Nile website to advertise and promote the sale of diamonds and diamond jewelry. Examples of the use and display of this photograph on the Blue Nile website are attached as Exhibit C at 18-25.

26. Blue Nile's copyright in this round-cut diamond photograph is registered with the Copyright Office under Copyright Registration No. VA 1-266-457. A copy of the registration certificate is attached as Exhibit A at 12-13.

27. Blue Nile has not authorized Ice.com, or any third party acting on Ice.com's behalf, to copy, display or otherwise use Blue Nile's original and unique diamond photographs.

28. Ice.com's unauthorized copying and display of Blue Nile's diamond photograph infringes Blue Nile's copyrights and is a material breach of the Ice.com Settlement Agreement.

29. As a direct and proximate result of Ice.com's and Mr. Gniwisch's acts, Blue Nile has suffered and continues to suffer immediate, irreparable harm that cannot adequately be remedied at law. Blue Nile is entitled to injunctive relief as well as damages in an amount to be established at trial.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

30. Upon information and belief, Ice.com's and Mr. Gniwisch's actions were intentional, willful, wanton and undertaken in disregard of the rights of Blue Nile.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS DIRECT COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 *et seq.*

31. Blue Nile realleges and incorporates by reference the allegations in paragraphs 1 through 30 above as if fully set forth herein.

32. Blue Nile has registered copyrights in the diamond photographs displayed on its websites. *See* Exhibit A.

33. Ice.com had access to Blue Nile's websites, including the diamond photographs.

34. Ice.com, under the management, direction and control of Mr. Gniwisch, copied, displayed and/or created derivative works from Blue Nile's diamond photographs.

35. Mr. Gniwisch has the right and ability to supervise those responsible for the infringing conduct.

36. Ice.com is not licensed or authorized by Blue Nile to use its copyrighted works.

37. The foregoing acts of Ice.com and Mr. Gniwisch constitute direct infringement of Blue Nile's exclusive rights in its copyrighted works under 17 U.S.C. § 106.

38. Blue Nile has been and will continue to be damaged as a result of this unlawful infringement of Blue Nile's copyrighted works in an amount to be proven at trial.

39. Upon information and belief, Ice.com's and Mr. Gniwisch's actions were intentional, willful, wanton, and performed in disregard of the rights of Blue Nile.

### SECOND ALTERNATIVE CAUSE OF ACTION AGAINST ALL DEFENDANTS VICARIOUS COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 *et seq.*

40. Blue Nile realleges and incorporates by reference the allegations in paragraphs 1 through 39 above as if fully set forth herein.

**Perkins Coie LLP**
*1201 Third Avenue, Suite 4800*
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

41. Blue Nile has registered copyrights in the diamond photographs displayed on its websites. *See* Exhibit A.

42. Blue Nile's diamond photographs, or derivatives thereof, are copied and/or displayed on the Diamond.com website.

43. Ice.com, under the management, direction and control of Mr. Gniwisch, had the right and ability to supervise the selection, creation and placement of photographs on the Diamond.com website.

44. Mr. Gniwisch has the right and ability to supervise those responsible for the infringing conduct.

45. Ice.com and Mr. Gniwisch have an obvious and direct financial interest in the selection, creation and placement of photographs on the Diamond.com website.

46. Ice.com is not licensed or authorized by Blue Nile to use its copyrighted works.

47. The foregoing acts constitute vicarious infringement of Blue Nile's exclusive rights in its copyrighted works under 17 U.S.C. § 106.

48. Blue Nile has been and will continue to be damaged as a result of this unlawful infringement of Blue Nile's copyrighted works in an amount to be proven at trial.

49. Upon information and belief, Ice.com's and Mr. Gniwisch's actions were intentional, willful, wanton, and performed in disregard of the rights of Blue Nile.

**THIRD ALTERNATIVE CAUSE OF ACTION**
**AGAINST ALL DEFENDANTS**
**CONTRIBUTORY COPYRIGHT INFRINGEMENT,**
**17 U.S.C. § 101 *et seq.***

50. Blue Nile realleges and incorporates by reference the allegations in paragraphs 1 through 49 above as if fully set forth herein.

51. Blue Nile has registered copyrights in the diamond photographs displayed on its websites. *See* Exhibit A.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

52. Blue Nile's diamond photographs, or derivatives thereof, are copied and/or displayed on the Diamond.com website.

53. Ice.com, under the management, direction and control of Mr. Gniwisch, had knowledge that Blue Nile's diamond photographs, or derivative works thereof, were being copied and/or displayed on the Diamond.com website.

54. Ice.com, under the management, direction and control of Mr. Gniwisch, induced, caused or materially contributed to the infringing acts alleged herein.

55. Mr. Gniwisch has the right and ability to supervise those responsible for the infringing conduct.

56. Ice.com is not licensed or authorized by Blue Nile to use its copyrighted works.

57. The foregoing acts constitute contributory infringement of Blue Nile's exclusive rights in its copyrighted works under 17 U.S.C. § 106.

58. Blue Nile has been and will continue to be damaged as a result of this unlawful infringement of Blue Nile's copyrighted works in an amount to be proven at trial.

59. Upon information and belief, Ice.com's and Mr. Gniwisch's actions were intentional, willful, wanton, and performed in disregard of the rights of Blue Nile.

**FOURTH CAUSE OF ACTION**
**AGAINST DEFENDANT ICE.COM**
**BREACH OF CONTRACT**

60. Blue Nile realleges and incorporates by reference the allegations in paragraphs 1 through 59 above as if fully set forth herein.

61. Ice.com entered into the Ice.com Settlement Agreement.

62. Blue Nile satisfied its obligations under the Ice.com Settlement Agreement.

63. The foregoing acts of Ice.com materially breach express and implied terms of the Ice.com Settlement Agreement.

64. Ice.com's breach of the Ice.com Settlement Agreement is willful and malicious.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

65. Blue Nile has been and will continue to be damaged as a result of Ice.com's breach in an amount to be proven at trial.

**FIFTH CAUSE OF ACTION**
**AGAINST DEFENDANT ICE.COM**
**BREACH OF IMPLIED COVENANT OF**
**GOOD FAITH AND FAIR DEALING**

66. Blue Nile realleges and incorporates by reference the allegations in paragraphs 1 through 65 above as if fully set forth herein.

67. There is implied into the Ice.com Settlement Agreement covenants of good faith and fair dealing.

68. Ice.com's conduct breached these covenants of good faith and fair dealing.

69. Ice.com's conduct in breaching these covenants of good faith and fair dealing was willful and malicious.

70. As a result of Ice.com's wrongful actions, Blue Nile has suffered damages in an amount to be proven at trial.

## VI. JURY DEMAND

71. Pursuant to Federal Rule of Civil Procedure 38(b), Blue Nile demands a trial by jury as to all issues so triable in this action.

## VII. PRAYER FOR RELIEF

WHEREFORE, plaintiff Blue Nile, Inc. prays for the following relief:

1. A preliminary injunction and permanent injunction enjoining and restraining Ice.com, Mr. Gniwisch, and their officers, agents, servants, employees and all persons in active concert or participation with them during the pendency of this action and thereafter perpetually from copying, distributing, displaying, creating derivative works or otherwise using protected elements of Blue Nile's copyrighted works, including, but not limited to, Blue Nile's original diamond photographs;

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. An award of damages sustained by Blue Nile pursuant to 17 U.S.C. § 504(b), Ice.com's contract obligations, and as otherwise permitted by law;

3. An accounting and award of profits and other unjust enrichment derived by Ice.com and Mr. Gniwisch from their unlawful conduct pursuant to 17 U.S.C. § 504(b) and as otherwise permitted by law;

4. An award of statutory damages pursuant to 17 U.S.C. § 504(c) and as otherwise permitted by law;

5. An award of Blue Nile's costs of suit, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505 and as otherwise permitted by law;

6. For an award of prejudgment and post-judgment interest; and

7. For such other relief as the Court may deem just and proper.

DATED: April 9, 2007

**PERKINS COIE LLP**

By: [signature]
Elizabeth L. McDougall, WSBA No. 27026
Rebecca S. Engrav, WSBA No. 33275
Angela R. Martinez, WSBA No. 38326
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: emcdougall@perkinscoie.com
rengrav@perkinscoie.com
amartinez@perkinscoie.com

Attorneys for Plaintiff Blue Nile, Inc.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-264-435

EFFECTIVE DATE OF REGISTRATION
5 25 04
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work: Product Line 2000, Blue Nile

NATURE OF THIS WORK (See instructions): Photographs on Website

Previous or Alternative Titles:

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

a. NAME OF AUTHOR: Blue Nile, Inc

DATES OF BIRTH AND DEATH: Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile. Name of Country: OR Citizen of U.S.A. / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship. Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☒ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b. Name of Author:

Dates of Birth and Death: Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile. Name of Country: OR Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship. Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☒ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a. Year in Which Creation of This Work Was Completed: 2000 Year. This information must be given in all cases.

b. Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month November Day 30 Year 2000; U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

Blue Nile, Inc
705 Fifth Ave S, Ste. 900
Seattle WA 98104

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED: MAY 25 2004
ONE DEPOSIT RECEIVED: MAY 25 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY CK

CHECKED BY

FORM VA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Gretchen R. Stroud, Cooley Godward LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306-2155

Area code and daytime telephone number ( 650 ) 843-5000 Fax number ( 650 ) 857-0663

Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Blue Nile, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Alex Berg Date 4/27/04

Handwritten signature (X) ▼

X [signature]

**9** Certificate will be mailed in window envelope to this address:

Name ▼ Gretchen Stroud, Cooley Godward LLP

Number/Street/Apt ▼ 5 Palo Alto Sq. 3000 El Camino Real

City/State/ZIP ▼ Palo Alto, CA 94306-2155

[illegible] 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material [illegible] Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. [illegible]

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



Round Diamond
Sample Photo



Diamond.com - Microsoft Internet Explorer provided by Perkins Coie LLP





http://www.diamond.com/customer/education/ring_settings.jsp

DIAMOND.COM™

Sign In · My Account · Customer Service · 0 items

SEARCH · ENGAGEMENT · JEWELRY · WATCHES · GIFTS · EDUCATION

1-888-DIAMOND · 30 DAY MONEY BACK GUARANTEE · EASY MONTHLY PAYMENTS · FREE FEDEX

# EDUCATION CENTER

## SETTING STYLES

- SHOP DIAMOND.COM
- SHOP BY PRODUCT
- SHOP BY MATERIAL
- ABOUT DIAMONDS
- THE PERFECT RING
  - Engagement Ring Guide
  - How to choose an Engagement Ring
  - Setting Styles
  - Wedding and Anniversary Rings
- JEWELRY GUIDES
- GLOSSARY

ASK AN EXPERT



Can't find the answer here? Ask Diamond.com experts.

There's more than just the diamond when purchasing a diamond ring. You will also have to decide how you want the diamonds to be set with your ring.

This, like the shape of the stone itself is purely a matter of personal style. In addition to the style, the metal that the setting itself is crafted from is an important consideration. Here, we present several of the most popular setting styles, along with brief descriptions of what makes each one special.

- Rings with Sidestones
- Three Stone Rings
- **Bezel Setting**
- Pavé Setting
- Solitaire Setting
- Bar Setting
- Cluster Setting
- Prong Setting
- Channel Setting
- Invisible Setting
- Tension Setting

**Bezel Setting**



A bezel setting holds a gemstone in place using a thin band of metal that surrounds the stone at its middle, or girdle. It can completely or partially surround the stone, depending on the style and look desired. This type of setting provides good protection for the middle (girdle) and bottom (pavilion) portions of a stone. Bezel settings can have straight or scalloped edges, and can be molded to accommodate many shapes of stones.

http://www.diamond.com/customer/education/ring_settings.jsp

DIAMOND.COM

Sign In | My Account | Customer Service | Orders

SEARCH | ENGAGEMENT | JEWELRY | WATCHES | GIFTS | EDUCATION

1-888-DIAMOND | 30 DAY MONEY BACK GUARANTEE | EASY MONTHLY PAYMENTS | FREE FEDEX

# EDUCATION CENTER

## SETTING STYLES

- SHOP DIAMOND.COM
- SHOP BY PRODUCT
- SHOP BY MATERIAL
- ABOUT DIAMONDS
- THE PERFECT RING
  - Engagement Ring Guide
  - How to choose an Engagement Ring
  - Setting Styles
  - Wedding and Anniversary Rings
- JEWELRY GUIDES
- GLOSSARY

ASK AN EXPERT

Can't find the answer here? Ask Diamond.com experts.

There's more than just the diamond when purchasing a diamond ring. You will also have to decide how you want the diamonds to be set with your ring.

This, like the shape of the stone itself is purely a matter of personal style. In addition to the style, the metal that the setting itself is crafted from is an important consideration. Here, we present several of the most popular setting styles, along with brief descriptions of what makes each one special

- Rings with Sidestones
- Three Stone Rings
- Bezel Setting
- Pavé Setting
- Solitaire Setting
- Bar Setting
- Cluster Setting
- Prong Setting
- Channel Setting
- Invisible Setting
- Tension Setting

### Prong Setting

In a prong setting, the gemstone is held in place by a number of metal prongs, which rise above the main body of the ring and are bent over the stone to hold it in place. The number of prongs varies according to the stone's shape, as does their height above the main body of the ring.

Become an Affiliate | Privacy Policy | Secure Shopping | About Diamond.com | Contact Us | Site map

Copyright © 2007 Diamond.com, All Rights Reserved.

http://www.diamond.com/customer/education/ring_settings.jsp

DIAMOND.COM

Search | My Account | Customer Service | Order

SEARCH ▸ ENGAGEMENT | JEWELRY | WATCHES | GIFTS | EDUCATION

1-888-DIAMOND 30 DAY MONEY BACK GUARANTEE EASY MONTHLY PAYMENTS FREE FEDEX

# EDUCATION CENTER

## SETTING STYLES

▸ SHOP DIAMOND.COM

▸ SHOP BY PRODUCT

▸ SHOP BY MATERIAL

▸ ABOUT DIAMONDS

▾ THE PERFECT RING

- Engagement Ring Guide
- How to choose an Engagement Ring
- ▸ Setting Styles
- Wedding and Anniversary Rings

▸ JEWELRY GUIDES

▸ GLOSSARY

ASK AN EXPERT

Can't find the answer here? Ask Diamond.com experts.

There's more than just the diamond when purchasing a diamond ring. You will also have to decide how you want the diamonds to be set with your ring.

This, like the shape of the stone itself is purely a matter of personal style. In addition to the style, the metal that the setting itself is crafted from is an important consideration. Here, we present several of the most popular setting styles, along with brief descriptions of what makes each one special.

▸ Rings with Sidestones ▸ Solitaire Setting ▸ Channel Setting

▸ Three Stone Rings ▸ Bar Setting ▸ Invisible Setting

▸ Bezel Setting ▸ Cluster Setting ▸ Tension Setting

▸ Pavé Setting ▸ Prong Setting

### Solitaire Setting

Very popular in bridal rings, this four- or six-prong style is called a "Tiffany" setting, because it was originally developed by the founder of Tiffany & Co. in 1886. A prong setting allows the most light to enter a gemstone from all angles, maximizing its brilliance. Six prongs also provide added security in holding the stone.

Ex. B, p. 17

Become an Affiliate | Privacy Policy | Secure Shopping | About Diamond.com | Contact Us | Site map

FedEx
GIA
HACKER SAFE
TESTED
02-APR

Copyright © 2007 Diamond.com. All Rights Reserved.



Diamonds, Engagement Rings and Fine Jewelry at Blue Nile - Microsoft Internet Explorer provided by Perkins Coie LLP
http://www.bluenile.com/
blue nile
Order status
Sign In
Shopping Basket
ENGAGEMENT
JEWELRY
WATCHES & ACCESSORIES
GIFT IDEAS
EDUCATION
Search for Diamonds
Gifts by Price
Diamonds
Engagement Rings
Wedding Rings & Anniversary Rings
Earrings
Necklaces & Pendants
Bracelets
Watches & Accessories
Shop by Material
Diamond Jewelry
Pearl Jewelry
Gemstone Jewelry
Platinum Jewelry
Gold Jewelry
Silver Jewelry
Welcome to Blue Nile
"The best online jeweler is Blue Nile" Kiplinger.com
30-Day Returns
Free FedEx® Shipping
Refer a Friend
Find the Perfect Ring
Engagement
As the largest online retailer of certified diamonds, engagement rings and fine jewelry, we offer outstanding quality, selection, and value.
Build Your Own Ring™
Diamonds
Recently Viewed Diamonds (1 diamond)
Diamond Jewelry
Find the perfect diamond jewelry gift from our classic offerings.
Diamond Stud Earrings
Diamond Pendants
Three-Stone Rings
Search for Diamonds
Round
Princess
Emerald
More Shapes Available
Search for a diamond based on the criteria of cut, color, clarity, carat, price and more.
search
Jewelry
View our collection of finely-crafted jewelry in classic and modern designs.
more
Start with a Budget
Find the perfect gift within your price range.
Gifts $50 and Under
Gifts $50 to $100
Gifts $100 to $500
Gifts $500 to $1000
Extraordinary Gifts
Why Blue Nile?
Recently profiled in the New York Times, Blue Nile offers thousands of GIA and AGSL certified diamonds, and provides the guidance to
Introducing Google Checkout
Google Checkout
For a limited time, save $10 on your Blue Nile order of $30 or more placed through Google Checkout.

Ex. C, p. 18



Diamond Details: 0.31 Carat Round Cut Loose Diamond (Signature Ideal, H / SI1) - Microsoft Internet Explorer provided by Perkin
http://www.bluenile.com/diamonds_details.asp?__fun_fm=&pid=LD00287969&filter_id=0
blue nile
Order Status
Sign In
Shopping Basket
888-565-7641
ENGAGEMENT
JEWELRY
WATCHES & ACCESSORIES
GIFT IDEAS
EDUCATION
Search
Shop by Product
Search for Diamonds
Signature Collection
Recommended Diamonds
Recently Purchased Diamonds
Engagement Ring Guide
Learn About Diamonds
Build Your Own Ring™
Diamond Jewelry
Free FedEx® & 30-day returns on all engagement rings. All loose diamonds are certified.
Home > Engagement > Diamonds > Diamond Details
0.31-Carat Blue Nile Signature Round Diamond
This Signature Ideal-cut, H-color, and SI1-clarity diamond comes accompanied by a diamond grading report from the GIA and the GCAL.
GIA GCAL
4.9 Signature Diamond Feedback
Order in the next 1 hour 4 minutes for delivery loose on Monday, April 2 or set in jewelry on Tuesday, April 3.
sample image, not actual size
Price: $579
add this diamond
back to search
find similar
e-mail to a friend
print
About this Diamond
Diamond Information:
Stock number: LD00287969
Carat weight: 0.31
Cut: Signature Ideal
Color: H
Clarity: SI1
Depth %: 61.5%
Table %: 56%
Symmetry: Excellent
Polish: Excellent
Girdle: Medium
Culet: None
Fluorescence: None
Measurements: 4.36 x 4.39 x 2.69 mm
Cut: Blue Nile Signature Ideal
signature ideal ideal very good good fair
This diamond is cut to more exacting standards than the finest graded cuts currently
Color: H
D E F G H I J
This diamond offers an exceptional balance of color and cost in the near-colorless
Clarity: SI1
FL IF VVS1 VVS2 VS1 VS2 SI1 SI2
The inclusions in this diamond can be visible at 10x power magnification. Inclusions in



Diamond Engagement Rings and Settings - Microsoft Internet Explorer provided by Perkins Coie LLP
http://www.bluenile.com/engagement_choose_diamond.asp?track=top_menu
blue nile
888-565-7641
ENGAGEMENT
JEWELRY
WATCHES & ACCESSORIES
GIFT IDEAS
EDUCATION
Search
Shop by Product
Shop by Material
Diamonds
Engagement Rings
Build Your Own Ring™
Choose Your Ring
Choose Your Diamond
Choose Your Jeweler
Diamond Education
Financing
Free FedEx® & 30-day returns on all engagement rings. All loose diamonds are certified.
Home > Engagement > Engagement Ring Guide > Choose Your Diamond
Choose Your Diamond
Engagement Ring Guide
Choose Your Ring
Choose Your Diamond
Choose Your Jeweler
An engagement diamond may be the biggest purchase you've ever made. And with the right information, you'll be able to spend your budget on the diamond qualities that are most important to you. Read on and we'll provide you with a thorough understanding of diamond quality.
Choose Your Diamond Shape
To start, find out what shape she likes. Popular diamond shapes include round, oval, princess-cut, emerald-cut, Asscher-cut, marquise-cut, radiant-cut, pear-shaped, and heart-shaped diamonds. The majority of diamond engagement rings today are set with a round diamond. And most of the remaining rings are set with princess-cut diamonds. Use the tool to the right to view different shapes of 1-carat diamond set in a ring.
Emerald
diamond shape
Click the diamond shapes to see them in the ring:
Choose Your Diamond Size
See the chart below to get an idea of the size of diamond that best suits your budget. You'll find a wide range of diamond sizes is available within a given budget. Next, you'll narrow this range when you decide on the quality of your diamond.

Diamond Shape - Microsoft Internet Explorer provided by Perkins Coie LLP

http://www.bluenile.com/diamond_shapes.asp?track=educationMenuTopRound

Shop by Product
Shop by Material
Education
- Diamonds
- Pearls
- Gemstones
- Platinum
- Gold
- Silver
- Titanium

Diamonds
- Search for Diamonds
- Signature Collection
- Recommended Diamonds
- Recently Purchased Diamonds

Related Links
- Diamonds
- Search for Diamonds
- Diamond Jewelry

# Shape

▸ Diamonds ▸ **Shape** ▸ Cut ▸ Color ▸ Clarity ▸ Carat Weight ▸ Certification ▸ Care

At Blue Nile, we apply the same high quality standards to all of our diamond shapes. We have an exceptional collection of traditional round diamonds and we also offer the finest non-round, or "fancy-shaped", diamonds available. All of our certified diamonds are graded by the GIA or AGSL to have FL-SI2 clarity, D-J color, and Ideal, Very Good, Good, or Fair cut. Our Signature Diamonds are the finest quality diamonds available, and we offer them in round, princess, Asscher, and emerald cuts.

## Choose Your Diamond Shape

Since all diamond shapes are very different, unique characteristics determine quality for each shape. Select your shape below to learn how to recognize the most beautiful diamond. If you have additional questions, feel free to contact one of our Diamond and Jewelry Consultants who can help you find the diamond that's perfect for you.

Round

Round

## Round

The round brilliant cut diamond is by far the most popular and most researched diamond shape available today. For almost 100 years, diamond cutters have been using advanced theories of light behavior and precise mathematical calculations to optimize the fire and brilliance in a round diamond. In addition to being the most popular and researched shape, a round diamond will typically give you more flexibility in terms of balancing cut, color, and clarity grades while still getting the fire and brilliance you want.

To maximize the brilliance of a traditional round diamond, select one in the two highest cut grades, ideal or very good, and choose ideal, excellent, or very good polish and symmetry grades. For the finest ideal round diamonds available, view the Blue Nile Signature Round Collection.

search for diamonds back to top

## Princess

This is our most popular non-round diamond. Its beautiful brilliance and unique cut makes it a favorite

Build Your Own Ring™ - Microsoft Internet Explorer provided by Perkins Coie LLP

http://www.bluenile.com/diamond_search.asp?filter_id=1&set_shape=&high_limit=

blue nile

- Order status
- Sign In
- Wish List · My Blue Nile
- Shopping Basket

888-565-76-1

ENGAGEMENT | JEWELRY | WATCHES & ACCESSORIES | GIFT IDEAS | EDUCATION

Search

Shop by Product

Shop by Material

Engagement

- Diamonds
- Engagement Rings
- Build Your Own Ring™

Related Links

- Engagement Ring Guide
- Learn About Diamonds

**Free FedEx® & 30-day returns on all engagement rings.** All loose diamonds are certified.

Home > Engagement > **Build Your Own Ring™**

# Build Your Own Ring™

1. Select Your Diamond $0 | 2. Choose Your Setting + $0 | 3. Add to Basket = Subtotal: $0

Blue Nile makes it easy to design your own ring. Follow our three-step process to find the perfect diamond and setting.

1. Select Your Diamond
2. Choose Your Setting
3. Add to Basket

Enter your diamond specifications below. Or, if you'd prefer, try our interactive search.

**Select a diamond shape:**

More on Shape

Round · Princess · Emerald · Asscher · Marquise · Oval · Radiant · Pear · Heart · Cushion

**Enter your price range:** $ ___ to $ ___ *(Optional.)*

search for diamonds

Or, narrow your search below

Search for Diamonds - Microsoft Internet Explorer provided by Perkins Coie LLP

http://www.bluenile.com/diamond_search.asp?basic=1&filter_id=0

blue nile

- Order Status
- Sign In
- Wish List · My Blue Nile
- Shopping Basket

888-565-76-1

ENGAGEMENT | JEWELRY | WATCHES & ACCESSORIES | GIFT IDEAS | EDUCATION

Search

Shop by Product

Shop by Material

Diamonds

- Search for Diamonds
- Signature Collection
- Recommended Diamonds
- Recently Purchased Diamonds

Related Links

- Engagement Ring Guide
- Learn About Diamonds

**Free FedEx® & 30-day returns on all engagement rings.** All loose diamonds are certified.

Home > Engagement > **Search for Diamonds**

# Search for Diamonds

Enter your diamond specifications below. Or, if you'd prefer, try our interactive search.

**Select a diamond shape:**

More on Shape

Round · Princess · Emerald · Asscher · Marquise · Oval · Radiant · Pear · Heart · Cushion

**Enter your price range:** $ ____ to $ ____ *(Optional)*

search for diamonds

Or, narrow your search below

## Optional Search Parameters

**Select your diamond cut grade(s):**

More on Cut

| Signature Ideal | Ideal | Very Good | Good | Fair |
|---|---|---|---|---|
| Reflects Virtually All Light | Reflects Nearly All Light | A Majority of Light Returns | Reflects Most Light | Good Quality, Less Brilliant |

Search Cut Grade From Signature Ideal to Fair

Search for Diamonds - Microsoft Internet Explorer provided by Perkins Coie LLP

http://www.bluenile.com/diamond_search.asp?track=dss&filter_id=0

blue nile

- Order Status
- Sign In
- Wish List / My Blue Nile
- Shopping Basket

888-565-7641

ENGAGEMENT | JEWELRY | WATCHES & ACCESSORIES | GIFT IDEAS | EDUCATION

Search

Shop by Product

Shop by Material

Diamonds

- Search for Diamonds
- Signature Collection
- Recommended Diamonds
- Recently Purchased Diamonds

Related Links

- Engagement Ring Guide
- Learn About Diamonds

**Free FedEx® & 30-day returns on all engagement rings.** All loose diamonds are certified.

Home > Engagement > **Search for Diamonds**

# Search for Diamonds

Enter your diamond specifications below. Or, if you'd prefer, try our interactive search.

**Select a diamond shape:**

More on Shape

Round | Princess | Emerald | Asscher | Marquise | Oval | Radiant | Pear | Heart | Cushion

**Enter your price range:** $ ___ to $ ___ *(Optional)*

search for diamonds

Or, narrow your search below

## Optional Search Parameters

**Select your diamond cut grade(s):**

More on Cut

**Signature Ideal** Reflects Virtually All Light

**Ideal** Reflects Nearly All Light

**Very Good** A Majority of Light Returns

**Good** Reflects Most Light

**Fair** Good Quality, Less Brilliant

Search Cut Grade From Signature Ideal to Fair

Search for Diamonds - Microsoft Internet Explorer provided by Perkins Coie LLP
http://www.bluenile.com/diamond_search.asp?track=55
blue nile
Order Status
Sign In
Shopping Basket
888-565-7641
ENGAGEMENT
JEWELRY
WATCHES & ACCESSORIES
GIFT IDEAS
EDUCATION
Search
Shop by Product
Shop by Material
Search for Diamonds
Signature Collection
Recommended Diamonds
Recently Purchased Diamonds
Engagement Ring Guide
Learn About Diamonds
Free FedEx® & 30-day returns on all engagement rings. All loose diamonds are certified.
Home > Engagement > Search for Diamonds
Search for Diamonds
Enter your diamond specifications below. Or, if you'd prefer, try our interactive search.
Select a diamond shape:
More on Shape
Round
Emerald
Radiant
Pear
Heart
Cushion
Enter your price range:
$
to $
(Optional.)
search for diamonds
Or, narrow your search below
Optional Search Parameters
Select your diamond cut grade(s):
More on Cut
Signature Ideal
Reflects Virtually All Light
Ideal
Reflects Nearly All Light
Very Good
A Majority of Light Returns
Good
Reflects Most Light
Fair
Good Quality, Less Brilliant
Search Cut Grade From
Signature Ideal
to
Fair