1
2
3
4

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

5
6  BLUE NILE, INC.,
7                    Plaintiff,
8        vs.
9  ICE.com INC.,
10                   Defendant.

C07-521 JCC

**MINUTE ORDER**

**REASSIGNING CASE**

11
12
13
14   Pursuant to the Amended General Order entered by the Chief Judge on
15 November 3, 2004, this action has been reassigned to the Honorable John C. Coughenour, United
16 States District Judge.
17   All future documents filed in this case must bear the cause number C07-521 JCC and bear
18 the Judge's name in the upper right hand corner of the document.
19
20
21
22
23                       Dated this 11th day of May, 2007
24
25                       BRUCE RIFKIN
                         Clerk of Court
26
27                       by: /s/   PETER H. VOELKER
                              Peter H. Voelker, Deputy Clerk
28